James F. Halley, OSB 911757
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave.
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Defendant Joshua Webb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSHUA WEBB,<br><br>    Defendant. | No. 3:20-MJ-00169-1<br><br>DECLARATION OF COUNSEL SUPPORTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND FOR FINDING OF EXCLUDABLE DELAY |

    I, James F. Halley, do declare under penalty of perjury that the following is true and correct:

    1.    I am a member of the Oregon State Bar, and I am counsel for defendant Joshua Webb in this case.  I make this declaration in support of defendant's motion to continue the arraignment currently set for September 25, 2020 in this case for a period of 150 days.

    2.    The prosecution has charged Mr. Webb by way of a complaint with assaulting a federal officer in violation of 18 U.S.C. §111(a)(1).  CR 1.  At defendant's first appearance the court set August 26, 2020 as the time for a preliminary hearing or arraignment on an indictment, and pursuant to defendant's first motion to continue the court reset the arraignment to September 25, 2020.  ECF 14.

PAGE 1 – DECLARATION SUPPORTING DEF.'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT & FOR EXCLUDABLE DELAY
c:\users\jhalley\documents\webb, joshua - 1415\motion to continue arraignment2 - supporting declaration.docx  9/18/2020

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

3.  This is the defendant's second motion for a continuance of the arraignment. I make this motion on the grounds that discovery is still pending and the parties need additional time to review and investigate the claims.

4.  I have conferred with AUSA Parakram Singh and I understand that he does not object to this motion.

5.  I have advised Mr. Webb of his right to a probable cause hearing under F.R.Crim.P. 5.1(c) within 21 days of his initial appearance and his right to an indictment within 30 days. I have also advised him of his speedy trial right to a trial within 70 days of his arrest or first appearance, whichever comes later. He has agreed to waive those rights for the purpose of this request for a continuance.

For these reasons, I respectfully request that the arraignment date be continued for 150 days.

Respectfully submitted September 18, 2020

JAMES F. HALLEY, P.C.
/s/ James F. Halley
James F. Halley, OSB #911757
Attorney for Joshua Webb

PAGE 2 – DECLARATION SUPPORTING DEF.'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT & FOR EXCLUDABLE DELAY

c:\users\jhalley\documents\webb, joshua - 1415\motion to continue arraignment2 - supporting declaration.docx  9/18/2020

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com