BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00169 |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **JOSHUA WEBB,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interest of justice.

Dated: February 22, 2021                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            *s/ Parakram Singh*
                                            PARAKRAM SINGH, OSB #134871
                                            Assistant United States Attorney