# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00169 |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| JOSHUA WEBB, | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Complaint, charging the defendant with violating 18 U.S.C. § 111(a), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating 18 U.S.C. § 111(a) in the above-captioned matter is DISMISSED with prejudice.

Dated: February 22, 2021

_____
HONORABLE JOHN V. ACOSTA
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney